UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

CUAUHTEMOC MORENO GARCIA, MARIA LEOCADIS CONTRERAS-LUCIANO, and LUCERO CANTU DIRCIO, individually and on behalf of others similarly situated,

                        *Plaintiffs*,

            -against-

MISHKA SOHO INC. (D/B/A MISHKA SOHO RESTAURANT), MARINA GENEL, and ALEX FELICIANO BRAVO,

                        *Defendants,*
------------------------------------------------------------X

Index No.: 1:23-cv-01823

**NOTICE OF PLAINTIFFS' ACCEPTANCE OF DEFENDANTS' OFFERS OF JUDGMENT PURSUANT TO F.R.C.P. RULE 68**

        Plaintiffs CUAUHTEMOC MORENO GARCIA, MARIA LEOCADIS CONTRERAS-LUCIANO, and LUCERO CANTU DIRCIO ("Plaintiffs"), through their undersigned counsel, hereby notify the Court that on or about July 19, 2023, said Plaintiffs accepted Defendants' Offer of Judgment, pursuant to Rule 68 of the Federal Rules of Civil Procedure. Annexed hereto are copies of, respectively, (a) said Offer of Judgment; (b) Plaintiffs' said acceptance of said Offer of Judgment; and (c) Proof of Service of said Acceptance.

        Dated: July 19, 2023

_[signature]_
Ramsha Ansari, Esq.
CSM Legal, P.C.
60 East 42nd Street, Ste. 4510
New York, New York 10165
Tel: (212) 317-1200
Email: ramsha@csm-legal.com
*Attorney for Plaintiffs*