**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

CUAUHTEMOC MORENO GARCIA,
MARIA LEOCADIS CONTRERAS-
LUCIANO, and LUCERO CANTU DIRCIO,
individually and on behalf of others similarly
situated,

Index No.: 1:23-cv-01823

**(PROPOSED) JUDGMENT**

*Plaintiffs*,

-against-

MISHKA SOHO INC. (D/B/A MISHKA
SOHO RESTAURANT), MARINA GENEL,
and ALEX FELICIANO BRAVO,
 *Defendants,*
-----------------------------------------------------------X

WHEREAS on or about July 19, 2023, Defendants MISHKA SOHO INC. (D/B/A MISHKA SOHO RESTAURANT) and MARINA GENEL extended to Plaintiffs CUAUHTEMOC MORENO GARCIA, MARIA LEOCADIS CONTRERAS-LUCIANO, and LUCERO CANTU DIRCIO an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure in the amount of Seventeen Thousand Dollars and Zero Cents ($17,000.00), and whereas said Plaintiffs accepted said offer on or about July 19, 2023.

JUDGMENT shall be entered in favor of said Plaintiff against said Defendants in the amount of Seventeen Thousand Dollars and Zero Cents ($17,000.00).

Dated: New York, New York

_____ , 2023

_____
JUDGE RONNIE ABRAMS, U.S.D.J.