UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

CUAUHTEMOC MORENO GARCIA,
MARIA LEOCADIS CONTRERAS-
LUCIANO, and LUCERO CANTU DIRCIO,
individually and on behalf of others similarly
situated,

                              *Plaintiffs*,

     -against-

MISHKA SOHO INC. (D/B/A MISHKA
SOHO RESTAURANT), MARINA GENEL,
and ALEX FELICIANO BRAVO,
                              *Defendants,*
---------------------------------------------------------X

Index No.: 1:23-cv-01823

(~~PROPOSED~~) JUDGMENT

      WHEREAS on or about July 19, 2023, Defendants MISHKA SOHO INC. (D/B/A MISHKA SOHO RESTAURANT) and MARINA GENEL extended to Plaintiffs CUAUHTEMOC MORENO GARCIA, MARIA LEOCADIS CONTRERAS-LUCIANO, and LUCERO CANTU DIRCIO an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure in the amount of <u>Seventeen Thousand Dollars and Zero Cents ($17,000.00)</u>, and whereas said Plaintiffs accepted said offer on or about July 19, 2023.

      JUDGMENT shall be entered in favor of said Plaintiff against said Defendants in the amount of <u>Seventeen Thousand Dollars and Zero Cents ($17,000.00).</u>  The Clerk of Court is respectfully directed to terminate this action.

Dated: New York, New York

      July 20, 2023

_____
JUDGE RONNIE ABRAMS, U.S.D.J.